*J. S. Hester, S. E. Perkins, O. F. Baker*, and *S. E. Perkins, Jr.*, for appellee.

---

:BUTT *v.* THE TOLEDO, WABASH, AND WESTERN RAILWAY CO.

SUPREME COURT.—*Weight of Evidence.*—The Supreme Court will not, upon the evidence, reverse a finding, where the evidence is conflicting, and consists entirely of the testimony of witnesses who testified in the presence of the court below.

APPEAL from the Miami Circuit Court.

PETTIT, C. J.—This suit was brought by the appellant against the appellee, to recover damages for killing stock on her railroad. The issues were regularly made; trial by the court, and finding and judgment for the defendant Motion for a new trial overruled, exceptions, and appeal to this court. The only question before us in this record is the correctness of the finding of the court below on the evidence, all of which is in the record. The evidence was all oral and unwritten, and is conflicting and contradictory; and the judge who tried the case was better able to determine its strength, weight, and the reliability of witnesses than we are; and therefore we cannot reverse, but must affirm the judgment.

Judgment affirmed, at the costs of the appellant.

*N. O. Ross* and *R. P. Effinger*, for appellant.

*W. Z. Stuart*, for appellee.